UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRY LYNN JONES, JR.**　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 22-748

**HOUMA POLICE DEPARTMENT, ET AL.**　　　　　　　　　　　　　SECTION: "S"(3)

**O R D E R**

　　The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

　　**IT IS ORDERED** that all of plaintiff's federal civil rights claims, **except for his false arrest claim against the unidentified arresting officer**, are **DISMISSED WITH PREJUDICE**.

　　**IT IS FURTHER ORDERED** that plaintiff's false arrest claim against the unidentified arresting officer is **STAYED**.

　　**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

　　**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claim and that the case be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claim may proceed to final disposition.

　　New Orleans, Louisiana, this 20th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**MARY ANN VIAL LEMMON**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**